JEUNG LIN HEUNG v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. May 19, 1902.) No. 764. Appeal from the District Court of the United States for the Northern District of California. Henry C. Dibble,

for appellant. Marshall B. Woodworth, U. S. Atty. Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. On the authority of Lee Ah Yin v. U. S. (just decided) 116 Fed. 614, the judgment is affirmed.